FILED
SUPERIOR COURT
OF GUAM

2019 JUL 23 PM 2: 1

CLERK OF COURT

By:_____



# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SELINA C. TENORIO,<br><br>Plaintiff,<br><br>v.<br><br>ALAN E. CEPEDA and DANA L. CALMA,<br><br>Defendants. | Case No. CV0200-19<br><br>DECISION & ORDER |

This matter came before the Honorable Alberto C. Lamorena, III on April 29, 2019 based on a submission by Selina Tenorio ("Plaintiff") of a Motion to Dismiss Appeal. Plaintiff is represented by Attorney Edwin Torres and Alan Cepeda and Dana Calma ("Defendants") are *pro se*.

On February 25, 2019, the Defendants filed a Motion for New trial appealing the judgment of the Small Claims Division of the Superior Court. (Mot. New Trial, Feb. 25, 2019). In April 2019, the Plaintiff filed her Motion to Dismiss Appeal, asking this Court to dismiss the appeal as untimely. (Mot. Dismiss Appeal, Apr. 29, 2019). The Defendants did not file an opposition.

Under the Local Rules Superior Court of Guam Miscellaneous Rules ("MR") 5.1.29, a person dissatisfied with a judgment of the Small Claims Division against him or her may make a motion for new trial. MR 5.1.29. Pursuant to the rules, a motion for new trial must be filed

"within ten (10) days from the entry of judgment." *Id.* It is well understood that the procedural timeframes for appeal of a decision are "mandatory and jurisdictional." *See e.g. Gill v. Siegel*, 2000 Guam 10 ¶ 5 (quoting *United States. v. Robinson*, 361 U.S. 220, 224, 80 S.Ct. 282, 285, 4 L.Ed.2d 259 (1960)). Untimely filed actions divest this Court of jurisdiction to hear an appeal. *See id.*

In the present case, a judgment against the Defendants was issued on February 12, 2019 and a Notice of Entry on the Docket was issued the same day. *Tenorio v. Cepeda & Calma.*, Superior Court Case No. SD0448-18 (Judg., Feb. 12, 2019); *id.* (Notice of Entry on Docket, Feb. 12, 2019). The last day the Defendant could have timely filed their Motion for New Trial was on February 22, 2019. MR 5.1.29. The Defendants, however, filed their motion on February 25, 2019. (Mot. New Trial). Accordingly, the defendants' motion for new trial is untimely, and the Court must dismiss this appeal for lack of jurisdiction.

For the reasons stated above, the Court hereby **GRANTS** the Plaintiff Selina Tenorio's Motion to Dismiss Appeal. It is hereby **ORDERED** that the above-captioned case be **DISMISSED**.

**IT IS SO ORDERED** on this 23rd day of July, 2019.



'CE VIA COURT BOX

'dge that a copy of the
'to was placed in the

civile

7/23/15  Time: 3p

Clerk, Superior Court of Guam

_____
**HONORABLE ALBERTO C. LAMORENA III**
**Presiding Judge, Superior Court of Guam**